IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED SECURITY HEALTH AND
CASUALTY INSURANCE COMPANY                                              PLAINTIFF

vs.                              No. 4:21-cv-262-JM

LASHONDA HARRIS, et al.                                                 DEFENDANTS

## JUDGMENT

For the reasons stated in the order entered this same day, judgment is entered for Plaintiff on its complaint for declaratory judgment.

IT IS SO ORDERED this 15th day of February, 2022.

_____
James M. Moody Jr.
United States District Judge